UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PSARA ENERGY, LTD.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 18-04111** |
| **SPACE SHIPPING, LTD.; GEDEN HOLDINGS LTD.; ADVANTAGE START SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; FORWARD HOLDINGS, LLC; MEHMET EMIN KARAMEHMET; GULSUN NAZLI KARAMEHMET – WILLIAMS; and TUĞRUL TOKGÖZ** | **SECTION "B" (2)** <br><br> **JUDGE LEMELLE** <br><br> **MAGISTRATE WILKINSON** |

### MOTION TO VACATE ATTACHMENT

NOW INTO COURT, through undersigned counsel, comes Advantage Start Shipping, LLC to move the Court for an order vacating the attachment of the M/V ADVANTAGE START, for the reasons contained in the attached Memorandum in Support.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  *s/ Kevin J. LaVie*
KEVIN J. LAVIE, T.A. (#14125)
BRIAN WALLACE (#17191)
Canal Place - Suite 2000
365 Canal Street
New Orleans, LA  70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
kevin.lavie@phelps.com
brian.wallace@phelps.com

- 1 -

                Attorneys for Defendant,
                    Advantage Start Shipping,
                LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of May, 2018, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

                *s/ Kevin J. LaVie*
                KEVIN J. LAVIE