UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PSARA ENERGY, LTD.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 18-04111** |
| **SPACE SHIPPING, LTD.; GEDEN HOLDINGS LTD.; ADVANTAGE START SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; FORWARD HOLDINGS, LLC; MEHMET EMIN KARAMEHMET; GULSUN NAZLI KARAMEHMET – WILLIAMS; and TUĞRUL TOKGÖZ** | **SECTION "B" (2)** <br><br> **JUDGE LEMELLE** <br><br> **MAGISTRATE WILKINSON** |

## ORDER

Considering the foregoing Motion to Vacate Attachment and Memorandum in Support;

Accordingly;

IT IS HEREBY ORDERED that the attachment of the M/V ADVANTAGE START be and the same is hereby VACATED.

New Orleans, Louisiana, this _____ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

PD.23746317.1