# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PSARA ENERGY, LTD.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 18-04111** |
| **SPACE SHIPPING, LTD.; GEDEN HOLDINGS LTD.; ADVANTAGE START SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; FORWARD HOLDINGS, LLC; MEHMET EMIN KARAMEHMET; GULSUN NAZLI KARAMEHMET – WILLIAMS; and TUĞRUL TOKGÖZ** | **SECTION "B" (2)** <br><br> **JUDGE LEMELLE** <br><br> **MAGISTRATE WILKINSON** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Vacate filed by defendant Advantage Start Shipping, LLC will be brought on for hearing before the Honorable Ivan L.R. Lemelle on the 6th day of June at 9:00

                            Respectfully submitted,

                            **PHELPS DUNBAR LLP**

                            BY:   *s/ Kevin J. LaVie*
                                   KEVIN J. LAVIE, T.A. (#14125)
                                   BRIAN WALLACE (#17191)
                                   Canal Place - Suite 2000
                                   365 Canal Street
                                   New Orleans, LA  70130-6534
                                   Telephone: 504-566-1311
                                   Telecopier: 504-568-9130
                                   kevin.lavie@phelps.com
                                   brian.wallace@phelps.com

- 1 -

PD.23753088.1

Attorneys for Defendant,
    Advantage Start Shipping, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of May, 2018, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

        *s/ Kevin J. LaVie*
        KEVIN J. LAVIE